UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00041-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **CHRISTOPHER NEAL BAKER,** ) | |
| Defendant, and ) | |
| **INSULATING SERVICES, INC.,** ) | |
| Garnishee. ) | |

**THIS MATTER** is before the court on the government's Motion for Dismissal of Order of Continuing Garnishment. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion for Dismissal of Order of Continuing Garnishment (#12) is **GRANTED**, and such Order is so dismissed.

Signed: August 12, 2015

Max O. Cogburn Jr
United States District Judge